# EDWARDS LAW

| JEFF EDWARDS | SCOTT MEDLOCK | DAVID JAMES | MIKE SINGLEY |
|---|---|---|---|
| Board Certified – Personal Injury Trial Law | Attorney at Law | Attorney at Law | Attorney at Law |
| Texas Board of Legal Specialization | scott@edwards-law.com | david@edwards-law.com | mike@edwards-law.com |
| jeff@edwards-law.com | | | |

**VIA FACSIMILE AND EMAIL**

January 18, 2019

Leah O'Leary
Darren McCarty
Jeannine Coggeshall
Assistants Attorney General
P.O. Box 12548, Capitol Station
Austin, Texas 78711
Fax. 512-936-2109
leah.oleary@oag.texas.gov
darren.mccarty@oag.texas.gov
Jeanine.coggeshall@oag.texas.gov

    RE:    *Cole v. Livingston, et al.*, No. 4:14-cv-01698
            U.S. District Court, Southern District of Texas, Houston Division

Dear Leah:

      I write regarding the recent "shakedown" that occurred at the Pack Unit. According to inmates in E-Wing, carts were again not provided for inmates with disabilities to transport their belongings. This time, the problem seems to have been limited to inmates living in E-Wing.

      According to the inmates I spoke with (whom I consider reliable), the officers searching the inmate property in A and B Wing conducted the property searches in the inmates' cubicles. This seems a reasonable accommodation for inmates with mobility disabilities (who, it is my understanding, are predominantly housed in this buildings). Likewise, it is my understanding that carts were provided for the inmates with lifting and carrying restrictions living in C and D Wings. Again, this accommodation seems reasonable.

      Unfortunately, according to the inmates I spoke with, this did not happen in E Wing. According to the inmates I spoke with, in E Wing, there is a small, adjacent recreation area where the property searches took place. Inmates in E Wing, including those with physical disabilities, were required to carry (or drag) all their property to this recreation area. Unfortunately, for the small number of inmates with significant physical disabilities living in E Wing, this posed an insurmountable obstacle. One inmate told me that he fell and injured himself while attempting to drag his property to the small recreation area. According to the inmates, this incident should have been recorded on video (which I respectfully ask you to preserve).

      Please give me a call to discuss this matter. I understand the difficulty in proving that any of the above is retaliation (though several inmates have told me they heard officers making comments at the May 2018 shakedown that could suggest that motive). Nonetheless, these inmates' disabilities are also not being accommodated when readily available accommodations exist.

Sincerely,

Scott Medlock