# DECLARATION OF PREVIOUS FILINGS

The following are previous filings by Shannon Mark Douthit, TDCJ# 453033, with operative facts, dates, and brief summary:

1. June 2009, Plaintiff filed lawsuit in the 52nd District Court, Coryell County, Texas, cause no. 39036 against Stephen Fullman, et al under Theft Liability Act for theft of postage stamps on legal package. Plaintiff Douthit, filed motion upon his own volition August 27, 2012 to dismiss lawsuit, and case was dismissed September 13, 2012. This was a lswsuit filed in State Court.

2. Plaintiff, Douthit filed 42 U.S.C.A. § 1983 lawsuit in the Federal District Court dated February 25, 2010 in the Western District, Austin Division, Cause No. 1:10-CV-00151 concerning Mandatory Supervision and Parole Issues. Said case was dismissed as frivolous and with Prejudice, closed August 19, 2010. Strike One.

3. Douthit, Plaintiff, filed Civil Rights Complaint 42 U.S.C.A. § 1983 August 2, 2012 raising several related issues (claims) in same suit 4:12-CV-02345. This suit was filed in the U.S. District Court in the Southern District, Houston Division. On October 8, 2012, Court Entered Order on Partial Dismissal. Defendants filed Motion For Summary Judgment September 20, 2013. On May 30, 2014 Defendants were granted Summary Judgment. Case was terminated May 30, 2014, as to claims alleging defendants violated the ADA. From the same suit Douthit, Plaintiff, filed Motion For Preliminary Injunction April 10, 2013. On August 14, 2013, said Motion was denied. Douthit filed Interlocutory Appeal in the 5th Circuit Court of Appeals No. 13-20540 and said appeal was dismissed as frivolous June 16, 2014, same case & lawsuit. Strike Two.

4. Plaintiff, Douthit, filed Petition January 12, 2015 Notarized, against Ms Maria Rollins, CO V, and Amanda Hubbard (jointly) for Intentional Destruction of Douthit's Personal typewriter. Douthit filed lawsuit with Justice Of Peace in Grimes County. The Court severed both defendants and assigned serarate cause for each defendant: 2015-24C and 2015-25C. The case was dismissed as frivolous July 28, 2015, because Douthit didn't comply with Chapter 14 Tex. Civ. Prac. & Rem. Code.

1.

5. On August 8, 2018, Douthit/Plaintiff filed a lawsuit (Civil) notarized and Mailroom at Pack 1 Unit logged-it in as outgoing August 9, 2018, addressed and submitted to Grimes District Court. Douthit sent Attorney General copy of same lawsuit. On September 14, 2018, Douthit sent letter of inquiry to this Court requesting for cause no. and file stamp date. On September 18, 2018, Deputy Clerk sent Douthit, Plaintiff, correspondence (notice) that Grimes County District Clerk's Office has not received a Civil Suit regarding Shannon Mark Douthit as of 9/18/2018. So now Douthit, Plaintiff, lost important Evidentiary Exhibits accompanying said lawsuit. And now, Douthit, has resubmitted same lawsuit file-stamped January 17, 2019, Cause no. 34705 in the 506th District Court of Grimes County, Texas. Said lswsuit is still pending in the State Court.

## UNSWORN DECLARATION

My Name is Shannon Mark Douthit
Date of Birth: April 5, 1964
TDCJ# 453033
am presently incarcerated in the TDCJ, Pack 1 Unit, Navasota, Texas, Grimes County, Texas I, declare under the penalty of perjury 28 U.S.C.A. 1746 that the foregoing Declaration Of Previous Filings are true and correct.

Executed on the 3rd day of May 2019.

_____
Declarant