Shannon Duarte 453035
Pack 1 Unit
2400 Wallace Pack Rd.
Navasota, TX 77868

Legal    UNITED STATES
         ~~SOUT~~ SOU
         P.O. Box
         Houston,