UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| SHANNON MARK DOUTHIT | § | |
| V. | § | Case Number 4:19-cv-01712 |
| BRYAN COLLIER, et al | § | |

## MOTION FOR APPOINTMENT OF COUNSEL

Plaintiff, Shannon Mark Douthit, TDCJ #453033, pursuant to § 1915, requests this Court to appoint counsel to represent him in this case for the following reasons:

1. The Plaintiff is unable to afford counsel.
2. The Issues involved in this case are complex.
3. The Fifth Circuit Court of Appeals No. 20-20550 vacated this Court's Judgment as to Plaintiff's shake-down related ADA claims against defendants other than Bryan Collier and Herrera, and remanded for further proceedings.
4. It is these further proceedings that Plaintiff needs counsel.
5. Plaintiff has a low IQ.
6. Legal books are in the process of being removed from the law Library at the Pack 1 Unit because inmates are going to be provided tablets at some time in the future, and the few existing books are outdated.
7. Plaintiff has limited knowledge of law because he is a layman.

## DECLARATION

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Signed this 3rd day of November 2022. *Shannon Mark Douthit*

## PRAYER

Wherefore, Plaintiff asks this Honorable Court to appoint counsel to represent the plaintiff.

Date: 11-3-2022

*Shannon Mark Douthit*

Shannon Mark Douthit
Plaintiff/Pro Se

Shannon Douthit 453033
Pack 1 Unit
2400 Wallace Pack Rd.
Navasota, TX 77868

United States Courts
Southern District of Texas
FILED

NOV 07 2022

Nathan Ochsner, Clerk of Court

Date: November 3, 2022

Re: Shannon Mark Douthit V. Bryan Collier, et al
    case No. 4:19-cv-01712

Dear Clerk:

Please find enclosed Motion For Appointment of Counsel.

Please file and bring to the attention of the Court.
Your time and assistance is appreciated.

Sincerely,

*Shannon Douthit* (signature)
Shannon Douthit

Shannon Douthit 453033
Pack 1 Unit
2400 Wallace Pack Rd.
Navasota, TX 77868

Legal

NORTH HOUSTON TX 773
3 NOV 2022 PM 5 L

United States Courts
Southern District of Texas
FILED
NOV 07 2022
Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
P.O. Box 61010
Houston, TX 77208

77208-101010