IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

SHANNON MARK DOUTHIT
    Plaintiff

V.

THE STATE OF TEXAS
    Defendants

No. 4:19-CV-01712

United States Courts
Southern District of Texas
FILED

AUG 09 2023

Nathan Ochsner, Clerk of Court

PLAINTIFF'S MOTION FOR APPOINTMENT OF COUNSEL FOR APPOINTMENT
SCHEDULE AND FURTHER PROCEEDINGS

TO THE HONORABLE JUDGE:

Comes Now, Shannon Mark Douthit, TDCJ #453033, Plaintiff, asking this Court for appointment of counsel for further proceedings and scheduling order. Plaintiff is not skilled in law and not able to prepare for trial on his own.

PRAYER

Wherefore premises considered, Plaintiff prays this court will grant this motion for appointment of counsel.

Date: 8-7-2023

                        Shannon Mark Douthit

CERTIFICATE OF SERVICE

I, Shannon Mark Douthit, TDCJ #453033, Plaintiff, hereby certifies that defendants have been served a copy of the same Plaintiff's Motion For Appointment of Counsel for Schedule and further proceedings by U.S. (mail) Postage, sent to Michael J. Calb, Assistant Attorney General at P.O. Box 12548, Austin, TX 78711-2548.

Date: 8-7-2023

                        Shannon Mark Douthit

Shannon Douthit 453033
Pack 1 Unit
2400 Wallace Pack Rd.
Navasota, TX 77868

United States Courts
Southern District of Texas
FILED

AUG 09 2023

Nathan Ochsner, Clerk of Court

Date: 8-6-2023

Re: 4:19-CV-01712
Motion For Appointment of Counsel

Dear Clerk:

Please find enclosed Motion for Appointment of Counsel. Please file and bring to the attention of the court. Thanks

Date: 8-6-2023

Shannon Douthit

Shannon Douthit 453033
Pack 1 Unit
2400 Wallace Pack Rd.
Navasota, TX 77868

NORTH HOUSTON TX 773

7 AUG 2023 PM 3 L



*Legal*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
P.O. Box 61010
Hounston, TX 77208

United States Courts
Southern District of Texas
FILED

AUG 09 2023

Nathan Ochsner, Clerk of Court

77208-101010